STATE OF MAINE
LINCOLN, SS.

SUPERIOR COURT
Civil Action
Docket No. AP-2015-07

JOHN JORGENSEN,
  Plaintiff/Appellant,

    v.

SARAH LITTLE,
  Defendant/Appellee.

)
)
)
)
)
)
)
)
)
)

**ORDER ON APPEAL**

  The Plaintiff appeals from a decision of the District Court (Sparacco, J.) entering judgment for the Defendant on his Statement of Claim made after an evidentiary hearing on May 20, 2015.

  When the Superior Court considers appeals from District Court, the court must apply the same standards of review that are applied on appeals to the Law Court: findings of fact are reviewed for clear error; discretionary issues are reviewed for abuse of discretion; and questions of law are reviewed *de novo*.

  After review of the trial court record and the briefs of the parties, the court finds that the District Court made no clear error of fact or errors of law. The record supports the District Court's finding that the Defendant was not negligent.

  The decision of the District Court is therefore AFFIRMED.

Dated: January 25, 2016

JUSTICE, MAINE SUPERIOR COURT

1